IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT A. BROWN,

                Plaintiff,

  v.

BRANDON NIELSON,

                Defendant.

ORDER

17-cv-953-jdp

---

SCOTT A. BROWN,

                Plaintiff,

  v.

CHINIAS,

                Defendant.

ORDER

18-cv-340-jdp

---

Pro se plaintiff Scott Brown has two cases pending in this court. In *Brown v. Nielson*, No. 17-cv-953, he filed a letter explaining that he had been temporarily transferred to Jackson Correctional Institution (JCI), and that officials at JCI will not allow him to electronically file documents. Dkt. 19. I construe this letter as a motion an injunction ordering JCI to allow Brown to electronically file documents with the court. A week later, Brown filed another letter asking for an update on his motion. Dkt. 21; *Brown v. Chinias*, No. 18-cv-340, Dkt. 14. Brown also asks me to explain why the court has not scheduled a pretrial conference in the '340 case. He is concerned that he has not received mail sent by the court.

Regarding the pretrial conference, the court has not scheduled a conference in the '340 case because the defendant has not yet responded to Brown's complaint. Brown is not missing any documents. He simply needs to be patient.

As for his inability to electronically file documents at JCI, JCI does not have an e-filing system. And I will not order JCI to create a *new* e-filing system. Although Brown says that he cannot file documents without an e-filing system, that is not true—Brown can mail in any documents that he wishes to file. He has already done so twice.

Brown says that he has specific documents that he is unable to mail. If prison officials are somehow interfering with his ability to contact the court, then Brown should be specific about what exactly the officials are doing and what relief he needs. Brown needs to explain why, unlike other inmates at JCI, he is unable to mail legal documents.

ORDER

IT IS ORDERED that plaintiff Scott Brown's motion for an injunction ordering prison officials to allow him to electronically file documents, Dkt. 19 in Case No. 17-cv-953, is DENIED.

Entered November 29, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge