IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT A. BROWN,

          Plaintiff,

  v.

BRANDON NIELSON,

          Defendant.

ORDER

17-cv-953-jdp

---

SCOTT A. BROWN,

          Plaintiff,

  v.

CHINIAS,

          Defendant.

ORDER

18-cv-340-jdp

---

SCOTT A. BROWN,

          Plaintiff,

  v.

REYHER,

          Defendant.

ORDER

18-cv-1046-jdp

---

Pro se plaintiff Scott Brown has three cases pending in this court, all related to incidents of self-harm at Columbia Correctional Institution (CCI). Brown was transferred to Jackson Correctional Institution last October, but on March 5, 2019, Brown was transferred back to CCI. Brown says that he is worried about his safety because staff at CCI will not protect him from further self-harm. He has filed a proposed order for various injunctive relief, Dkt. 19 in

Case No. 18-cv-340 and Dkt. 7 in Case No. 18-cv-1046, and a declaration supporting the order, Dkt. 20 in the '340 case and Dkt. 8 in the '1046 case. I will construe these documents as a motion for preliminary injunction. Although Brown has not complied with this court's procedures for preliminary injunctions, I will construe his declaration as a set of proposed findings.

Brown asks the court to schedule a hearing on March 12, 2019, but this will not give defendants enough to time to prepare a response. I will give defendants until March 22, 2019, to file a response to Brown's motion. Brown will then have until March 29, 2019, to file a reply. After I review the parties' briefing, I will schedule a hearing if I conclude one is necessary.

ORDER

IT IS ORDERED that defendants' brief in opposition to plaintiff Scott Brown's motion for preliminary injunction is due March 22, 2019. Brown's reply is due March 29, 2019.

Entered March 8, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge