**United States District Court**
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 320
Madison, Wisconsin  53703

Office of the Clerk of Court                                                                                            Phone: 608-264-5156

March 14, 2019

Scott A. Brown, 567501
Columbia Correctional Institution
2925 Columbia Drive
P.O. Box 900
Portage, WI 53901-0900

    re: *: 17-cv-953-jdp, Brown, Scott et al v. Nielson, Brandon*
       *18-cv-340-jdp, Brown, Scott et al v. Chinias*
       *18-cv-1046-jdp, Brown, Scott v. Reyher*

Dear Mr. Brown:

    This will acknowledge your submission received on March 13, 2019 through the Prisoner E-Filing Program at your institution.  You title your submission as a motion; however, you are requesting confirmation that the court received three envelopes containing your motion for a preliminary injunction and temporary restraining order on or around March 5, 2019 that you sent when you were in Jackson Correctional Institution.

    So that you aware, the clerk's office received four envelopes from you on March 7, 2019 that contained a proposed order for a preliminary injunction and temporary restraining order, a declaration and exhibits 1-37.  Please find enclosed copies of the docket sheets for the above cases for your reference.

                     PETER OPPENEER, Clerk of Court,

                     By: ___s/_____

                     Deputy Clerk